UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RICHARD KELLY HARRISON, II,

   Plaintiff,

v.                                                                  Case No. 3:22cv630-LC-HTC

OKALOOSA COUNTY BOARD OF COMMISSIONERS,
  CHIEF EDMOND, and
  CAPTAIN MCDANIELS,

   Defendants.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on February 23, 2022 (ECF No. 8). The Court furnished Plaintiff a copy of the Report and Recommendation and afforded him an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Case No. 3:22cv630-LC-HTC

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 8) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE as malicious for Plaintiff's abuse of the judicial process.

3. Plaintiff's "Petition for Temporary Restraining Order" (ECF No. 5) is terminated.

4. The clerk of court is directed to close this case.

**DONE AND ORDERED** this 10th day of March, 2022.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:22cv630-LC-HTC